DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERENICE JUAREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-589

[November 25, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502010CF002564A.

Berenice Juarez, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***